UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
AUDREY GREEN, VERONICA GRIFFITH, :
SHARON GRIFFITH, BILLIE GROS, DORIS :
GUELLE, MONA GUITRAU, GERALDINE :
HAGAN, MICHAEL HAIRE, PAULA HALE, :
DELORIS THOMAS HALL, CHRISTINA :
HALL, CHERYL HAMILTON-SMITH, :
VICTORY HAMPTON, DIANNE HAMPTON, :
CHERYLYN HANS, SUZANNE SMITH :
HENDERSON, ROBYN HENDERSON, :
RAMONA HENDERSON, LINDA HENO, :
DOLORES HENRIKSEN, :
  :
    Plaintiffs. : Civil Action
v. : No. 04-11253-GAO
  :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
  :
    Defendants. :
---------------------------------- x

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004  
    Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.