UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AUDREY GREEN, VERONICA GRIFFITH, SHARON GRIFFITH, BILLIE GROS, DORIS GUELLE, MONA GUITRAU, GERALDINE HAGAN, MICHAEL HAIRE, PAULA HALE, DELORIS THOMAS HALL, CHRISTINA HALL, CHERYL HAMILTON-SMITH, VICTORY HAMPTON, DIANNE HAMPTON, CHERYLYN HANS, SUZANNE SMITH HENDERSON, ROBYN HENDERSON, RAMONA HENDERSON, LINDA HENO, DOLORES HENRIKSEN, :

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11253-GAO

**NOTICE OF APPEARANCE**

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 2, 2004                     Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                   One Beacon Street
Barbara Wrubel                                Boston, Massachusetts 02108
Katherine Armstrong                           (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                               Indevus Pharmaceuticals, Inc.