UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AUDREY GREEN, VERONICA GRIFFITH, SHARON GRIFFITH, BILLIE GROS, DORIS GUELLE, MONA GUITRAU, GERALDINE HAGAN, MICHAEL HAIRE, PAULA HALE, DELORIS THOMAS HALL, CHRISTINA HALL, CHERYL HAMILTON-SMITH, VICTORY HAMPTON, DIANNE HAMPTON, CHERYLYN HANS, SUZANNE SMITH HENDERSON, ROBYN HENDERSON, RAMONA HENDERSON, LINDA HENO, DOLORES HENRIKSEN,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action No. 04-11253-GAO

---

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  September 2, 2004<br>       Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |